Probation Form No. 35
and Order Terminating Probation /
(1/92)
Release

FILED
CHARLOTTE, N. C.

JUN 16 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

Report

Supervised

Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

UNITED STATES OF AMERICA

vs.   Crim. No. 3:94CR60-01

Elizabeth Paz Elm

On 4/04/03 the above named was placed on Supervised Release for a period of 4 years. She has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Elizabeth Paz Elm be discharged from supervision.

Respectfully submitted,

Glynis L. Eaton
U.S. Probation Officer Assistant

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 13th day of June, 2005

Richard L. Voorhees
U.S. District Judge